IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIBANK, N.A., <br><br>    Plaintiff, <br><br>  v. <br><br>JUAN MARTINEZ, <br><br>    Defendant. <br>_____ / | No. C-12-4540 MMC <br><br>**PRE-FILING ORDER PRECLUDING DEFENDANT JUAN MARTINEZ FROM FILING NOTICE OF REMOVAL WITHOUT PERMISSION OF DUTY JUDGE** |

      By order filed September 11, 2012, the Court directed defendant Juan Martinez ("Martinez") to show cause, in writing and no later than September 24, 2012, why the Court should not impose upon Martinez sanctions in the form of a pre-filing order restricting his ability to further remove plaintiff Citibank, N.A.'s complaint. Martinez has not filed a response.

      Accordingly, and for the reasons stated in the Court's order of September 11, 2011, the Court finds it appropriate to issue a pre-filing order as to Martinez. Specifically, Martinez is hereby precluded from filing, without advance approval of the Duty Judge, a notice of removal of the matter initially titled <u>Citibank, N.A. v Jose Guadalupe Ramirez</u>, and referred to by the parties as <u>Citibank, N.A. v. Juan Martinez</u>, filed in the Superior Court of California, County of Sonoma, Case No. MCV 220123.

    **IT IS SO ORDERED.**

Dated: October 5, 2012

                                                  MAXINE M. CHESNEY <br>
                                                  United States District Judge